# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angelica CASTAÑON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> The UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-2545 <br> (RDM, RLW, TNM) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7(h) of the Rules of the United States District Court for the District of Columbia, Plaintiffs hereby move for summary judgment. A memorandum of points and authorities in support of this motion and in opposition to Defendants' Motion to Dismiss, a statement of material facts as to which there is no genuine issue, and a proposed order are submitted herewith. Oral argument is respectfully requested.

June 3, 2019

Respectfully submitted,

/s/ Christopher J. Wright

Christopher J. Wright (D.C. Bar No. 367384)
Patrick O'Donnell (D.C. Bar No. 459360)
Timothy J. Simeone (D.C. Bar No. 453700)
Deepika H. Ravi (D.C. Bar No. 1017076)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor

Washington, D.C. 20036
Telephone: 202-730-1300
*cwright@hwglaw.com*
*podonnell@hwglaw.com*
*tsimeone@hwglaw.com*
*dravi@hwglaw.com*

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Christopher J. Wright

Christopher J. Wright (D.C. Bar No. 367384)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
cwright@hwglaw.com

*Counsel for Plaintiffs*