IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angelica CASTAÑON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>The UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:18-cv-2545<br>(RDM, RLW, TNM) |

**PLAINTIFFS' STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7(h) of the Rules of the United States District Court for the District of Columbia, Plaintiffs hereby submit the following statement of material facts as to which there is no genuine issue.

1. Plaintiffs are United States citizens not subject to disenfranchisement by age or felony conviction. *See, e.g.*, Declaration of Susannah Weaver, attached hereto as Exhibit A.

2. Plaintiffs are District of Columbia residents. *See* MTD 1 (admitting that "[p]laintiffs are individual residents of the District who seek voting representation in the House of Representatives and Senate").

3. Plaintiffs are not represented in the United States Congress by any representative with voting power. *See* MTD 1 (admitting that "residents of the District have never elected Senators or Representatives"); MTD 16 (admitting that "District residents lack representation in both the House and Senate").

| | |
|---|---|
| June 3, 2019 | Respectfully submitted,<br><br>/s/ Christopher J. Wright<br><br>Christopher J. Wright (D.C. Bar No. 367384)<br>Patrick O'Donnell (D.C. Bar No. 459360)<br>Timothy J. Simeone (D.C. Bar No. 453700)<br>Deepika H. Ravi (D.C. Bar No. 1017076)<br>HARRIS, WILTSHIRE & GRANNIS LLP<br>1919 M Street NW, 8th Floor<br>Washington, D.C. 20036<br>Telephone: 202-730-1300<br>*cwright@hwglaw.com*<br>*podonnell@hwglaw.com*<br>*tsimeone@hwglaw.com*<br>*dravi@hwglaw.com*<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 3, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Christopher J. Wright

Christopher J. Wright (D.C. Bar No. 367384)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
cwright@hwglaw.com

*Counsel for Plaintiffs*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angelica CASTAÑON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> The UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:18-cv-2545 <br> (RDM, RLW, TNM) |

**DECLARATION OF SUSANNAH WEAVER PURSUANT TO 28 U.S.C. § 1746**

I, Susannah Weaver, declare as follows:

1. My name is Susannah Weaver. I am over eighteen years of age.

2. I am a native-born citizen of the United States.

3. I have never been convicted of a felony.

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 1, 2019

_____
Susannah Weaver