IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angelica CASTAÑON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>The UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 1:18-cv-2545<br>(RDM, RLW, TNM) |

### [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiffs' Amended Complaint, Defendants' Memorandum in Support of their Motion to Dismiss the Amended Complaint, Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiffs' Motion for Summary Judgment, and the entire record, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **DENIED**; and it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED**; and it is further

**DECLARED** that individual Plaintiffs, in common with all adult citizens of the District of Columbia, possess a constitutional right to vote in elections for voting members of the United States House of Representatives and the United States Senate; that they have been deprived of this right without warrant or justification; that Defendants have violated this right; that the continuing deprivation of this right violates one of the most precious attributes of United States citizenship; and that 2 U.S.C. § 2a and 13 U.S.C. § 141 are unconstitutional insofar as they

require or have been applied to effect the exclusion of citizens of the District of Columbia from the Congressional apportionment process; and it is further

**DECLARED** that the Delegate to the House of Representatives for the District of Columbia, as the duly elected representative of the United States citizens residing in the District of Columbia, has the full powers and privileges afforded to Members of the House of Representatives, including without limitation the power to vote on all legislation considered by the House; and it is further

**ORDERED** that Congress shall fashion a constitutional remedy that will vindicate the constitutional rights of the citizens of the District of Columbia to vote for members of the United States Senate.

**SO ORDERED.**

Entered this ___ day of _____, 2019.

_____
The Honorable Robert L. Wilkins
United States Circuit Judge

_____
The Honorable Randolph D. Moss
United States District Judge

_____
The Honorable Trevor N. McFadden
United States District Judge