# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELICA CASTAÑON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-2545<br>(RDM, RLW, TNM) |

## UNOPPOSED MOTION OF CONSTITUTIONAL LAW SCHOLARS
## FOR LEAVE TO FILE MEMORANDUM OF LAW AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS

Pursuant to Local Rule 7(o)(2), Peter B. Edelman, Lawrence Lessig, Alan B. Morrison, Peter M. Shane, Peter J. Smith, and Kathleen M. Sullivan (collectively the "Constitutional Law Scholars") respectfully request leave to file, as *amici curiae*, the attached memorandum of law in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss and Plaintiffs' Motion for Summary Judgment.

1.      Proposed *amici* are scholars of constitutional law: Peter B. Edelman at Georgetown University Law Center; Lawrence Lessig at Harvard Law School; Alan B. Morrison at The George Washington University Law School; Peter M. Shane at The Ohio State University Moritz College of Law; Peter J. Smith at The George Washington University Law School; and Kathleen M. Sullivan at Quinn Emanuel Urquhart & Sullivan, LLP, and formerly at Stanford Law School.[1]

---

1.  All *amici* speak for themselves only and not on behalf of their respective institutions. Institutional affiliations are listed only for identification purposes.

2. Proposed *amici* are scholars of, teach, research, write, and litigate in the subject area of constitutional law. The participation of proposed *amici* in this case will aid the Court because, in their capacity as constitutional law scholars, they will provide a perspective informed by their extensive research and experience in relevant constitutional law. Specifically, they submit this memorandum of law to clarify the power the District Clause gives to Congress to grant District of Columbia residents the right to vote for voting representation in Congress, and to demonstrate that nothing in the text or structure of the Constitution precludes Congress from exercising that power.

3. Plaintiffs consent to the filing of this brief and Defendants do not oppose the filing of this brief. *See* Fed. R. App. P. 29(a)(4)(E); D.D.C. LCvR 7(o).

4. Proposed *amici* attach to this motion a proposed order pursuant to Local Civil Rule 7(o)(2), and the proposed memorandum of law.

Dated: June 10, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ William R. Stein

Alan B. Morrison (D.C. Bar No. 073114)
THE GEORGE WASHINGTON
 UNIVERSITY LAW SCHOOL
2000 H Street, N.W.
Washington, D.C. 20052
(202) 994-7120
abmorrison@law.gwu.edu

William R. Stein (D.C. Bar No. 304048)
Eleanor C. Erney (D.C. Bar No. 1048544)
1775 I Street, N.W.
Washington, D.C. 20006-2401
(202) 721-4600
william.stein@hugheshubbard.com
eleanor.erney@hugheshubbard.com

*Counsel for* Amici Curiae *Constitutional Law Scholars*