IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASTAÑON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES, et al., )<br>)<br>Defendants. ) | Civ. No. 18-2545 (RDM, RLW, TNM) |

## MOTION OF THE DISTRICT OF COLUMBIA TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF THE PLAINTIFFS

The District of Columbia respectfully moves to file the lodged brief as *amicus curiae* supporting the Plaintiffs. Pursuant to Local Civil Rule 7(o)(1), the District is not required to obtain the consent of the parties or leave of Court to file an *amicus* brief. Further, the filing of this brief is timely under the Court's briefing schedule issued through its Minute Order of May 17, 2019.[1]

---

[1] Although this motion is not required, it is being filed to ensure that the Clerk's Office may enter the lodged brief on the docket by the deadline in this Court's briefing schedule.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

LOREN L. ALIKHAN
Solicitor General

CAROLINE S. VAN ZILE
Deputy Solicitor General

/s/ Gavin N. Palmer
GAVIN N. PALMER
Assistant Attorney General
D.C. Bar Number 1619264
Office of the Solicitor General

Office of the Attorney General
441 4th Street, NW, Suite 630 South
Washington, D.C. 20001
(202) 442-9842
(202) 730-0589 (fax)
gavin.palmer@dc.gov