## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------X
ANGELICA CASTAÑON, et al.,                  :
                                            :
            Plaintiffs,                     :
                                            :
    v.                                      :  Case No. 1:18-cv-02545-
                                            :            RDM-RLW-TNM
THE UNITED STATES OF AMERICA, et al.,       :
                                            :
            Defendants.                     :
-------------------------------------------------------------X
```

**[PROPOSED] BRIEF OF *AMICI CURIAE* CONCERNED DISTRICT OF COLUMBIA LEGAL ORGANIZATIONS AND CONCERNED DISTRICT OF COLUMBIA LEGAL PROFESSIONALS IN SUPPORT OF PLAINTIFFS ANGELICA CASTAÑON, *ET AL.***

**HUNTON ANDREWS KURTH LLP**
Lorelie S. Masters (DC Bar No. 358686)
Aaron C. Flynn (DC Bar No. 488531)
Latosha M. Ellis (DC Bar No. 1601033)
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 955-1500

- and -

**JAMES S. BUBAR ATTORNEY AT LAW**
James S. Bubar (DC Bar No. 321125)
1776 K Street, N.W., Suite 800
Washington, D.C.  20006-2333
(202) 223-2060
*Of Counsel*

**GOLDBLATT MARTIN POZEN LLP**
Thorn L. Pozen (DC Bar No. 463061)
Kevin Hilgers (DC Bar No. 1022820)
1625 K Street, N.W., Suite 700
Washington, D.C.  20006
(202) 795-9999

*Counsel for Amici Curiae,*
*Concerned District of Columbia*
*Legal Organizations and Concerned*
*District of Columbia Legal Professionals*

## CORPORATE DISCLOSURE STATEMENT

The Concerned District of Columbia Legal Organizations, the Women's Bar Association of the District of Columbia ("WBA") and Greater Washington Area Chapter of the National Bar Association, Women Lawyers Division ("GWAC"), are voluntary bar associations. Neither WBA nor GWAC is a publicly-held company, and neither has any public- company affiliates.

## **TABLE OF CONTENTS**

Page

CORPORATE DISCLOSURE STATEMENT ........................................................i

TABLE OF AUTHORITIES ..................................................................iv

STATEMENT PURSUANT TO LOCAL RULE 7(O)(5) ................................... viii

IDENTITIES AND INTERESTS OF *AMICI CURIAE* ..........................................1

SUMMARY OF ARGUMENT ...............................................................3

ARGUMENT ................................................................................4

I.   D.C.'S LACK OF VOTING REPRESENTATION MAY FORCE
     LAWYERS TO EXPLORE OTHER WAYS TO ADVOCATE FOR
     CLIENTS IN D.C. ...........................................................4

     A.   In Taking the Lawyers' Oath, D.C. Lawyers, like Other
          Lawyers Practicing in the United States, Swear to Uphold the
          Constitution. ........................................................4

     B.   Lawyers Must Consider Whether Their Advocacy for D.C.
          Clients Will Be Affected by the Lack of D.C. Voting
          Representation. ......................................................4

II.  D.C.'S LACK OF REPRESENTATION IN OUR NATIONAL
     LEGISLATURE CONSTRAINS ADMINISTRATION OF JUSTICE. ........7

     A.   Eliminating Taxation Without Representation:  Unlike State
          and Local Governments in the 50 States, D.C. Currently Cannot
          Control Expenditure and Appropriation of Its Own Tax Dollars. ........9

     B.   Local Control over Courts:  D.C. Does Not Have Control over
          Its Own Courts..........................................................11

     C.   Local Control over D.C. Prosecutors:  Prosecutors of Felonies
          and Many Misdemeanors in D.C. Are Unaccountable to D.C.
          Voters. ...............................................................13

     D.   Denial of Access to Justice:  *Amici* Are Limited in Their Ability
          to Advocate for Those Most in Need. .................................14

III. LAWYERS AND CITIZENS IN D.C. LACK THE RIGHT TO
     MEANINGFULLY PETITION THE GOVERNMENT. .............................15

IV.     CONCLUSION..............................................................................................15

# TABLE OF AUTHORITIES

**Page(s)**

**Constitutional Provisions**

U.S. Const. amend. I ........................................................................................15

U.S. Const. art. I, § 8, cl. 17...........................................................................7

**Statutes**

*D.C. Code § 1-201.01(a) ...............................................................................5

*D.C. Code § 1-203.02 ...................................................................................5

D.C. Code. § 1-204.46(a) ...............................................................................8

*D.C. Code § 1-206.02(a)(3) ..........................................................................5

D.C. Code § 23-101(a)...................................................................................14

*District of Columbia Self-Government and Governmental
   Reorganization Act, Pub. L. No. 93-198, 87 Stat. 777 (now known
   as the "D.C. Home Rule Act")........................................................5, 7

*Local Budget Autonomy Amendment Act of 2012, A. 19-632, 60
   D.C. Reg. 632 (Feb. 15, 2013)..................................................................8

**Cases**

*D.C. v. John R. Thompson Co.,*
   346 U.S. 100 (1953)..............................................................................5

*Goode v. Markley*,
   603 F.2d 973 (D.C. Cir. 1979), *cert. denied*, 444 U.S. 1083 (1980)..................14

---

\* The cases and authorities on which Counsel chiefly relies are noted with an asterisk.

iv

## Congressional Bills & Reports

*Budget Autonomy for D.C.: Restoring Trust in Our Nation's Capital*:
   *Hearing Before the House Committee on Government Reform*,
   108th Cong. (2003) ............................................................5, 9

H.R. 1, 116th Cong. § 2201, *Findings Related to D.C. Statehood*
   (passed in the House Mar. 8, 2019) ............................................10, 11

*H.R. 960 & H.R. 1045, Greater Autonomy for the Nation's Capital*:
   *Hearing Before the House Subcommittee on Federal Workforce,*
   *Postal Service, & the District of Columbia*, 111th Cong. (2009)....................5, 9

H.R. Res. 208, 97th Cong. (1981)..............................................6

S. Cong. Res. 63, 96th Cong. (1979) ............................................6

S.J. Res. 84, 102d Cong. (1991) ................................................6

## Other Authorities

Alan M. Siegel, *Judicial Vacancies Slowing Justice in DC Courts,*
   *Local Judges Say*, Chaikin, Sherman Cammarata & Siegel, P.C.
   Blog (Apr. 29, 2019),
   https://www.chaikinandsherman.com/blog/2019/april/judicial-
   vacancies-slowing-justice-in-dc-courts-/............................................13

American Bar Association, 2018-2019 Policy and Procedures
   Handbook, Resolution 99A115,
   www.americanbar.org/about_the_aba ..............................................2

Bridget Bowman, *Congressional Judicial Backlog Creates Problem*
   *for D.C. Court*, Roll Call (Dec. 3, 2015),
   https://www.rollcall.com/news/senate-moves-dc-judges-amid-
   backlog-concerns ........................................................13

*D.C.: A Brief Review of Provisions in D.C. Appropriations Acts*
   *Restricting the Funding of Abortion Services*,
   EveryCRSReport.com (Apr. 14, 2011 – Aug. 27, 2015),
   https://www.everycrsreport.com/reports/R41772.html ........................8

*D.C. Appleseed, *Letter to Councilmember Phil Mendelson on Public*
   *Safety Judiciary* (Sept. 5, 2008)..............................................11

*D.C. Court of Appeals, Attorney Oath of Admission to the District of Columbia Bar ....................................................................................4

*D.C. Judicial Nomination Committee, *JNC Application Process*, https://jnc.dc.gov/page/jnc-application-process ...................................12

*D.C. Judicial Nomination Committee, *JNC Members*, https://jnc.dc.gov/page/jnc-members...............................................12

*DC officials cite gun control hypocrisy in condemning Sen. Marco Rubio*, Associated Press (Apr. 3, 2018), https://www.cbsnews.com/news/dc-officials-cite-gun-control-hypocrisy-in-condemning-sen-marco-rubio ........................................8

Karen Sloan, *Shutdown Imperils DC Bar Exam, Swearing-In Postponed*, Law.com (Jan. 24, 2019), https://www.law.com/2019/01/24/shutdown-imperils-dc-bar-exam-swearing-in-postponed/.................................................10

Letter from President Truman to the Speaker of the House of Representatives (July 25, 1949), https://www.trumanlibrary.org/publicpapers/index.php?pid=1182&st=&st1 ..............................................................................15

Letter to U.S. Senators from Council for Court Excellence (July 30, 2018), http://www.courtexcellence.org/uploads/publications/73018_CCE_Ltr_to_Senators_re_DC_judicial_vacancies.pdf........................................................13

Martin Austermuhle, *In Brief Meeting, Bowser Presses Trump on Judge Backlog and New VA Medical Facility*, WAMU 88.5 Radio (Mar. 14, 2019), https://wamu.org/story/19/03/14/in-brief-meeting-bowser-presses-trump-on-judge-backlog-and-new-va-medical-facility/...............................................................................13

Martin Austermuhle, *Judges Say 'Unprecedented' Vacancies at D.C. Court Are Slowing the Legal System*, DCist, https://dcist.com/story/19/04/15/judges-say-unprecedented-vacancies-at-d-c-court-are-slowing-the-legal-system/ ................................12, 13

Natalie Delgadillo, *Thanks to the Shutdown, Hundreds of Would-Be Lawyers Are Still Waiting To Get Barred in D.C.*, DCist.com (Feb. 21, 2019); https://dcist.com/story/19/02/21/thanks-to-the-shutdown-hundreds-of-would-be-lawyers-are-still-waiting-to-get-barred-in-d-c/ ..........................................................................................10

P. Smith, *Feature: Congress Moves to End Ban on DC Needle Exchange Funding*, StoptheDrugWar.org (June 7, 2007), https://stopthedrugwar.org/chronicle/2007/jun/07/feature_congress _moves_end_ban_d ..............................................................................8

*THE FEDERALIST NO. 43 (James Madison) ..............................................7

U.S. Census, Bureau, QuickFacts, District of Columbia, www.census.gov/quickfacts/DC ......................................................10

U.S. Senate, *Senate Legislative Process,* chs. 1 and 3, https://www.senate.gov/legislative/common/briefing/ Senate_legislative_process.htm .................................................6

Zoe Tillman, *This Couple Was Turned Away from Getting Their Marriage License in DC During The Government Shutdown*, BuzzFeed News (Jan. 2, 2019), https://www.buzzfeednews.com/article/zoetillman/marriage-license-dc-government-shutdown-weddings ....................................10

**Court Rules of the U.S. District Court for the District of Columbia and Model Rules**

Local Rule 7(o)(1) ........................................................................................1

Rule 1.1, Competence, American Bar Association, Center for Professional Responsibility (2018), https://www.americanbar.org/groups/professional_responsibility/p ublications/model_rules_of_professional_conduct/model_rules_of _professional_conduct_table_of_contents/ ...........................................4

## <u>STATEMENT PURSUANT TO LOCAL RULE 7(O)(5)</u>

Pursuant to this Court's Local Rule 7(o)(5), the undersigned certifies that no counsel for any party authored this brief, in whole or in part; no party or party's counsel contributed money that was intended to fund the preparation or submission of this proposed brief; and no person other than the *Amici Curiae*, their members, or their counsel contributed money that was not intended to fund the preparation or submission of this proposed brief.

Dated:  June 10, 2019          Respectfully submitted,


                               /s/ Lorelie S. Masters
                               Lorelie S. Masters (DC Bar No. 358686)
                                    *Counsel of Record*
                               **HUNTON ANDREWS KURTH LLP**
                               2200 Pennsylvania Avenue, N.W.
                               Washington, D.C.  20037
                               Tel: (202) 955-1500
                               lmasters@huntonak.com

Concerned District of Columbia Legal Organizations and Legal Professionals submit this *Amici Curiae* brief in support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion to Dismiss.[1]

## IDENTITIES AND INTERESTS OF *AMICI CURIAE*[2]

Under Local Rule 7(o)(1), Concerned District of Columbia Legal Organizations ("Legal Organization *Amici*") and Legal Professionals ("Individual *Amici*") join this case as *amici curiae* because they believe that failure of the U.S. Government to ensure that Washington, D.C. ("D.C.") citizens have representatives in Congress who will vote in their constituents' interests and work to redress constituents' concerns violates basic principles of justice.

All the *Amici* live, work, or are based in D.C. and work to advance justice and rule of law. *Amici* believe their brief will assist the Court by discussing ways that D.C.'s lack of voting representation in Congress poses potential and sometimes real disadvantages to them as legal organizations and lawyers.

**Legal Organization *Amici*** serve members who live or work, and represent clients who reside or have significant interests, in D.C. They include the Women's

---

[1] The views expressed in this brief of past bar presidents represent only those of such individuals and not those of any bar association to which they belong or which they led.

[2] The parties consented to the filing of this brief, and their letters of consent have been lodged with the Court.

1

Bar Association of D.C. ("WBA"), and the Greater Washington Area Chapter of the National Bar Association ("GWAC").  **Individual *Amici*** live or work in D.C., represent clients who reside or have significant interests in D.C., and support self-governance for residents of D.C.  They include past presidents of D.C. bar associations and other leaders in the D.C. legal community.  *See* Exhibit 1.[3]

The WBA, GWAC, and the Individual *Amici* have a keen interest in the governance and rights of the residents of D.C.  Individual *Amici* represent and advise clients on matters, large and small, located in D.C. and elsewhere.  They work on issues of great concern to their clients, whether businesses or individuals, paying or pro bono.  Individual *Amici* bring an important voice to this discussion as recognized leaders in the D.C. legal community.  They have sought to enhance self-government for D.C. citizens and, accordingly, have a unique interest in the ability of D.C. citizens to govern themselves.  *Amici* here explain disadvantages, large and small, that affect their efforts to advance their missions and to support the rule of law and advance the administration of justice, consistent with the oath they took when they became members of the legal profession.

---

[3] Notably, the American Bar Association, one of the world's largest voluntary professional organizations, passed a resolution in 1999, supporting "the principle that citizens of [D.C.] should not be denied the fundamental right belonging to other American citizens to vote for voting members of the Congress, which governs them."  *See* American Bar Association, 2018-2019 Policy and Procedures Handbook, Resolution 99A115, at 300 (Exhibit 2, attached).

## **SUMMARY OF ARGUMENT**

This case raises serious questions about the constitutionality of the lack of voting representation in the U.S. Congress for Americans who live in D.C. This Court should resolve these issues in Plaintiffs' favor for the following reasons.

First, *Amici* believe that the lack of D.C. voting rights and representation contradicts the Constitution's promises of equal protection, due process, and the right of association; and sometimes may cause them to explore other ways to advocate for clients in D.C. given the lack of voting representatives in Congress.

Second, D.C.'s lack of voting representation negatively affects the administration of justice in many ways. Two recent examples include the inability of the D.C. courts to function during the recent U.S. Government shutdown, and an ongoing delay in appointing judges to serve on D.C.'s local courts.

Third, D.C. does not control the budgeting and appropriation of its local tax dollars. This is the injustice that fueled the American Revolution. It was wrong then, and it is wrong now.

Finally, D.C. residents cannot adequately petition the federal Government for a redress of grievances because they lack voting representation in Congress. This violation of the First Amendment should be remedied, now.

# ARGUMENT

## I.    D.C.'S LACK OF VOTING REPRESENTATION MAY FORCE LAWYERS TO EXPLORE OTHER WAYS TO ADVOCATE FOR CLIENTS IN D.C.

### A.    In Taking the Lawyers' Oath, D.C. Lawyers, like Other Lawyers Practicing in the United States, Swear to Uphold the Constitution.

Each D.C. Bar member swears to uphold the Constitution and "demean" himself or herself "uprightly and according to law."[4]  Under ethics rules, D.C. lawyers are obliged to represent clients with diligence and competence, and "legal knowledge, skill, thoroughness and preparation reasonably necessary for the representation."[5]  Because of D.C.'s lack of voting representation, lawyers sometimes must explore other ways to advocate for their D.C. clients.

### B.    Lawyers Must Consider Whether Their Advocacy for D.C. Clients Will Be Affected by the Lack of D.C. Voting Representation.

A key tenet of self-government is the ability of citizens to control local matters, a prerogative enjoyed by state and local governments in the 50 states. Those governments enjoy local "budget autonomy"—the ability to spend locally

---

[4] The oath reads:  "I, . . . do solemnly swear (or affirm) that as a member of the Bar of this Court, I will demean myself uprightly and according to law; and that I will support the Constitution of the United States of America." D.C. Court of Appeals, Attorney Oath of Admission to the District of Columbia Bar (Exhibit 3, attached).
[5] Rule 1.1, Competence, American Bar Association, Center for Professional Responsibility, Model Rules of Professional Conduct (2018), https://www.americanbar.org/groups/professional_responsibility/publications/model_rules_of_professional_conduct/model_rules_of_professional_conduct_table_of_contents/ (last visited June 8, 2019).

generated tax dollars without Congressional appropriation.  They also enjoy legislative autonomy—the ability to enact and implement local laws without Congressional review.[6]  Lawyers participate in such matters in states and localities around the country, but must consider whether their advocacy for D.C. clients will be affected by representatives in Congress who do not answer to citizens in D.C.

The D.C. Home Rule Act ("Act")—signed into law on December 24, 1973, by President Nixon after decades of agitation during the Civil Rights Era—was intended to ensure that D.C. citizens had power over local affairs.[7]  The Act sought "to the greatest extent possible, consistent with the constitutional mandate, [to] relieve Congress of the burden of legislating upon essentially local District matters," and grant D.C. legislative power "to all rightful subjects of legislation."[8] The Act expressly authorizes D.C.'s Council and voters to amend key provisions and amend any Congressional enactment directed exclusively to the District.[9]

---

[6] *See, e.g.*, *H.R. 960 & H.R. 1045, Greater Autonomy for the Nation's Capital: H'rg Before the H. Subcomm. on Fed. Workforce, Postal Serv., & D.C.*, 111th Cong. (2009); *Budget Autonomy for D.C.: Restoring Trust in Our Nation's Capital: H'rg Before the H. Comm. on Gov't Reform*, 108th Cong. (2003).

[7] *D.C. v. John R. Thompson Co.* found no barrier to Congress's delegation of power to D.C., subject to Constitutional limitations and Congress's power to revise the authority granted.  346 U.S. 100, 109 (1953).

[8] D.C. Code § 1-201.01(a); D.C. Code § 1-203.02.

[9] D.C. Code § 1-206.02(a)(3).

5

Americans living in D.C. have no voting representation in the House and no representation at all in the Senate.[10]  While procedural restrictions of the Act make it difficult for Congress to veto D.C. legislation,[11] Congress routinely threatens to nullify laws supported in D.C.  Lawyers representing clients with interests before the D.C. government must consider whether their work on such issues may be affected later by Congress; these considerations are foreign to lawyers and clients in jurisdictions in the 50 states.  Decisions about where businesses locate (and provide jobs) are affected by D.C.'s lack of control over its affairs, as businesses may choose a jurisdiction with a voting Representative and two Senators.

*Amici's* D.C. clients are subject to positions of elected representatives who answer to voters outside D.C., and, as experience has shown, are impervious to the opinions and needs of those most affected.  Lawyers representing those in D.C. thus lack a meaningful way to petition the Government for redress of grievances

---

[10] D.C. also has "shadow" Senators and a "Shadow" Representative in the House. None has a vote.  D.C.'s shadow Senators are unable to participate in key Senate functions like withholding unanimous consent or placing a "hold" on nominations to force attention on D.C. grievances.  *See* U.S. Senate, *Senate Legislative Process,* chs. 1 and 3, https://www.senate.gov/legislative/common/briefing/Senate_legislative_process.htm (last visited June 8, 2019).

[11] D.C. legislation becomes law unless both Congress and the President overturn it during the Congressional review period.  Congress has disapproved D.C. legislation three times: S.J. Res. 84, 102d Cong. (1991) (height of buildings); H.R. Res. 208, 97th Cong. (1981) (D.C. act decriminalizing sodomy); S. Cong. Res. 63, 96th Cong. (1979) (act preventing foreign chanceries in residential neighborhoods).

for such D.C. clients or to express views that could affect public policy and legislation because D.C. has no vote in Congress.

## II. D.C.'S LACK OF REPRESENTATION IN OUR NATIONAL LEGISLATURE CONSTRAINS ADMINISTRATION OF JUSTICE.

As part of their missions, the Legal Organization *Amici* work to advance the administration of justice and rule of law.  Individual *Amici* have worked to advance both ideals.  Lawyers and bar associations also strive to achieve excellence in the practice of law and to advance the administration of justice and rule of law.  D.C.'s lack of representation in Congress impedes these goals and ideals in many ways.

First, Congress serves a dual role vis-à-vis D.C., one not applicable to any other state or municipality.[12]  Congress serves as both the national legislature for D.C. but also as a local legislature.  The Act created (or, in truth, recreated) the Council, which is a local legislature for D.C.  However, Congress retained the right to review all D.C. legislation.  That constrains D.C.'s leaders' ability to legislate for their constituents and subjects them to "second-guessing" and political grand-standing by officials unresponsive to the citizens of D.C.  Under the D.C. Budget

---

[12] The District Clause authorizes Congress "[t]o exercise exclusive Legislation in all Cases whatsoever" over the "Seat of the Government of the United States." U.S. CONST. art. I, § 8, cl. 17.  The Founders envisioned that "a municipal legislature for local purposes, derived from their own suffrages, will of course be allowed them." THE FEDERALIST NO. 43 (James Madison).

Autonomy Act ("BAA"),[13] D.C. is entitled to control the budgeting of D.C.-generated tax revenues.  Congress disregards that law, regularly imposing its will on D.C. and its budget.

  <u>Second</u>, Congress often contravenes, or threatens to contravene, the express will of D.C. voters, acting through their elected Mayor and Council representatives, on critical public-policy choices which in the 50 states are left to state and local governments.  Examples of D.C. legislation Congress has thwarted include locally enacted legislation to address major public health and safety problems in D.C.[14]  Since D.C. was granted "Home Rule," Congress has *threatened* to do so even more frequently.  Having votes in Congress would not in itself cure the problem, nor give D.C. residents equal standing with those in the 50 states as full and equal citizens of the United States.  However, having such representation would help to ameliorate that inequity, and it would eliminate the

---

[13] Local Budget Autonomy Amendment Act of 2012, A. 19-632, 60 D.C. Reg. 632 (Feb. 15, 2013); *see* D.C. Code § 1-204.46(a).

[14] *D.C.: A Brief Review of Provisions in D.C. Appropriations Acts Restricting Funding of Abortion Servs.*, EveryCRSReport.com (Apr. 14, 2011 – Aug. 27, 2015), https://www.everycrsreport.com/reports/R41772.html*; DC Officials Cite Gun Control Hypocrisy in Condemning Sen. Marco Rubio*, Associated Press (Apr. 3, 2018), https://www.cbsnews.com/news/dc-officials-cite-gun-control-hypocrisy-in-condemning-sen-marco-rubio; P. Smith, *Feature: Congress Moves to End Ban on DC Needle Exch. Funding*, StoptheDrugWar.org (June 7, 2007), https://stopthedrugwar.org/chronicle/2007/jun/07/feature_congress_moves_end_ban_d.

affront to that most fundamental of American norms—no taxation without representation.

As a result of this anti-democratic structure, D.C. residents have no say in the following key rights and responsibilities of citizens in a democratic society.

    **A.**    <u>**Eliminating Taxation Without Representation**</u>**: Unlike State and Local Governments in the 50 States, D.C. Currently Cannot Control Expenditure and Appropriation of Its Own Tax Dollars.**

The lack of D.C. voting rights affects the most basic of issues:  issues of war and taxes.  For years, D.C. has asked Congress for authority to spend its local dollars without Congressional appropriation; and to enact and implement local laws without Congressional review.[15]  Our Founders declared independence from England and fought the Revolution over just these issues.  Acting through the federal appropriations process, and even after court approval of D.C.'s BAA, Congress has insisted on controlling D.C.'s budget.  For example:

- D.C.'s 700,000 residents pay more federal taxes per capita than residents of any state in the country but have no vote in Congress over whether to tax and how

---

[15] *See, e.g.*, *H.R. 960 & H.R. 1045, Greater Autonomy for the Nation's Capital: H'rg Before the H. Subcomm. on Fed. Workforce, Postal Serv., & D.C.*, 111th Cong. (2009); *Budget Autonomy for D.C.: Restoring Trust in Our Nation's Capital: H'rg Before the H. Comm. on Gov't Reform*, 108th Cong. (2003).

9

to spend those taxes.[16]

- D.C. residents have fought in every war since the Revolution but have no

  elected representative who can vote on whether to go to war, how to

  compensate our veterans of those wars, or how to pay for those wars.

- D.C. residents have no vote in Congress on D.C.'s budget or efforts to revise or

  delay D.C. laws.  Federal budget impasses prevent the District from spending its

  own tax dollars on basic services.[17]

---

[16] H.R. 1, 116th Cong. § 2201, *Findings Relating to D.C. Statehood* (passed in the House Mar. 8, 2019) ("H.R. 1 Findings"); 702,455 on July 1, 2018, www.census.gov/quickfacts/DC (last visited June 10, 2019).

[17] In addition, the 2018-2019 shutdown, the longest in history, immediately affected D.C.'s legal community.  Hundreds of law graduates were left in limbo, amid uncertainty over whether the Committee on Admissions could administer the bar exam in February.  The swearing-in ceremony for those who passed the July 2018 bar exam was postponed, and the issuing of D.C. bar numbers delayed. Lawyers' applications for waiver into the D.C. Bar were "frozen," causing concerns about jobs and getting legal work done.  Karen Sloan, *Shutdown Imperils DC Bar Exam, Swearing-In Postponed*, Law.com (Jan. 24, 2019), https://www.law.com/2019/ 01/24/shutdown-imperils-dc-bar-exam-swearing-in-postponed/; Natalie Delgadillo, *Thanks to the Shutdown, Hundreds of Would-Be Lawyers Are Still Waiting To Get Barred in D.C.*, DCist.com (Feb. 21, 2019); https://dcist.com/story/19/02/21/thanks-to-the-shutdown-hundreds-of-would-be-lawyers-are-still-waiting-to-get-barred-in-d-c/.  In addition, because D.C.'s courts and marriage bureau were shut down, couples were unable to get married in D.C. Zoe Tillman, *This Couple Was Turned Away from Getting Their Marriage License in DC During the Government Shutdown*, BuzzFeed News (Jan. 2, 2019), https://www.buzzfeednews.com/article/zoetillman/marriage-license-dc-government-shutdown-weddings.

- D.C. is stronger financially than most jurisdictions in the country, with a $14.6 billion budget for fiscal year 2019 and a $2.8 billion general fund balance as of September 30, 2018.  D.C.'s total personal income exceeds that of seven states.  Its per-capita personal consumption expenditures exceed those of any state, and its total personal consumption expenditures exceed those of seven states.[18]  Yet, it must come, "hat in hand," to Congress on appropriations.

Congressional involvement creates serious governance problems.  It costs D.C. millions in finance charges, disrupts budgeting, and risks government shutdowns, all causing unnecessary expenditures.[19]  The relief sought would bring D.C. full Congressional voting representation—a right other Americans take for granted.

**B.    <u>Local Control over Courts</u>:  D.C. Does Not Have Control over Its Own Courts.**

Because they are not appointed by D.C. officials, D.C. judges ultimately are not accountable to D.C. voters or their elected representatives.  The federal government's role in appointing local judges undermines judicial independence, a fundamental underpinning of democracy.  Judges address issues of public import, great and small, and can affect citizens' most basic rights, depriving them of liberty

---

[18] H.R.1 Findings § 2201, *supra* n.16.
[19] D.C. Appleseed, *Letter to Councilmember Phil Mendelson on Public Safety Judiciary* (Sept. 5, 2008) (Exhibit 4, attached).

11

and property.  Although D.C. has input, the President and the Senate ultimately decide who serves on D.C.'s Superior Court and Court of Appeals.[20]

Residents of D.C., thus, do not enjoy the right to have judges selected and confirmed by their own elected officials.  In states, non-federal judges seated on courts of general jurisdiction are generally appointed by the jurisdiction's highest elected official (*e.g.*, the governor), and subject to confirmation by the state/local legislature; or elected.  Judges decide key state-law (here, D.C.) issues.  Those issues should be decided in D.C. as they are in the 50 States, by a judiciary that is selected from the local community and subject to local accountability.

With Senate failures to confirm, D.C.'s Court of Appeals has been without one of its nine Associate Judges since 2013, and another since 2017.  Of the D.C. Superior Court's 61 judges, 10 judgeships remain vacant.  These vacancies increase workload and thus cause disruptions, as confirmed by recent press reports.[21]  As a result, D.C. courts cannot resolve cases timely or efficiently.  The

---

[20] The members of the Judicial Nomination Commission ("JNC") are appointed by the Mayor, D.C. Council, D.C. Bar, Chief Judge of the U.S. District Court for D.C., and the President.  https://jnc.dc.gov/page/jnc-members.  The JNC selects three applicants for each judicial vacancy.  From those, the President sends one name to a Senate Committee which chooses one to send to the full Senate for confirmation.  https://jnc.dc.gov/page/jnc-application-process.  D.C. has no Senators and, thus no vote in either the Committee or in the full Senate on such confirmations.  Votes in the Senate would help restore this right.
[21] *E.g.,* Martin Austermuhle, *Judges Say 'Unprecedented' Vacancies at D.C. Court Are Slowing the Legal System*, DCist, https://dcist.com/story/19/04/15/judges-say-

significance of local control over appointment of local judges cannot be underestimated.[22]  Such control instills confidence in the judiciary, a vital part of the credibility of the judiciary and a foundation of a democratic government.

### C. Local Control over D.C. Prosecutors:  Prosecutors of Felonies and Many Misdemeanors in D.C. Are Unaccountable to D.C. Voters.

In the 50 States, prosecutors elected or appointed by local officials prosecute serious local crimes.  That basic democratic function is curtailed in D.C.  For felonies and most misdemeanors, federal prosecutors control grand juries and try cases that can lead to the most serious of penalties, loss of liberty and property.

The U.S. Attorney for D.C., selected by the President without consultation, has all local crimes except the most minor.  These federal prosecutors are not accountable to D.C. residents or elected officials.  In contrast, D.C.'s Attorney

---

unprecedented-vacancies-at-d-c-court-are-slowing-the-legal-system/ (it's "'slowing down the wheels of justice,'" quoting J. Blackburne-Rigsby).  Progress in civil cases "has slowed significantly." https://www.chaikinandsherman.com/blog/2019/april/judicial-vacancies-slowing-justice-in-dc-courts-/.

[22] Bridget Bowman, *Congressional Judicial Backlog Creates Problem for D.C. Court*, Roll Call (Dec. 3, 2015), https://www.rollcall.com/news/senate-moves-dc-judges-amid-backlog-concerns; Letter to U.S. Senators from Council for Court Excellence (July 30, 2018), http://www.courtexcellence.org/uploads/publications/73018_CCE_Ltr_to_Senators_re_DC_judicial_vacancies.pdf; Martin Austermuhle, *In Brief Meeting, Bowser Presses Trump on Judge Backlog and New VA Medical Facility*, WAMU 88.5 Radio (Mar. 14, 2019), https://wamu.org/story/19/03/14/in-brief-meeting-bowser-presses-trump-on-judge-backlog-and-new-va-medical-facility/.

General, who is elected by D.C. voters, has authority to prosecute only a narrow set of misdemeanors.[23]  Though brought under the D.C. Code, those prosecutions are brought in the name of the "United States," on the basis that such crimes are crimes against the country.[24]  Jurisdictions in the states enact criminal laws and have locally chosen prosecutors who prosecute violations of those statutes.  Here, final decisions on those issues are assigned to officials who are not required to consult (and almost never do consult) with those Americans who call D.C. home.

Local control provides an important check on prosecutorial discretion:  It ensures that structure and enforcement of criminal laws reflect the concerns and values of the community.  Unfortunately, this accountability does not exist in D.C.

### D.    Denial of Access to Justice:  *Amici* Are Limited in Their Ability to Advocate for Those Most in Need.

Individual *Amici* provide pro bono representation to those unable to afford legal fees.  *Amici's* ability to advocate for these clients can be limited by D.C.'s lack of democracy in cases where it may prevent them from arguing for kinds of relief that the ability to contact D.C. voting representatives can cure.

---

[23] For example, D.C.'s Attorney General is charged with prosecution of disorderly conduct and lewd, indecent, or obscene acts.  D.C. Code § 23-101(a).

[24] *See, e.g., Goode v. Markley,* 603 F.2d 973 (D.C. Cir. 1979), *cert. denied*, 444 U.S. 1083 (1980) (violations of D.C. Code are against a single sovereign, the United States, not against D.C. or its people).

14

### III.   LAWYERS AND CITIZENS IN D.C. LACK THE RIGHT TO MEANINGFULLY PETITION THE GOVERNMENT.

The First Amendment to the Constitution explicitly guarantees such rights in stating:  "Congress shall make no law . . . abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."  U.S. Const. amend. I.  It is fundamental that Americans have the right to participate meaningfully in their own governance and petition the Government for a redress of grievances.

Lawyers are often the entryway, and the last resort, for the exercise of this right.  For Americans living in D.C. and their lawyers, the right to petition the Government is diminished as they do not have voting representatives in Congress to whom they can address grievances or who can remedy such grievances.

### IV.   CONCLUSION

In 1949, President Truman wrote, "We should take adequate steps to assure that citizens of the United States are not denied their franchise merely because they reside at the Nation's Capital."[25]  *Amici* agree.  For all the reasons here and in Plaintiffs' brief, *Amici Curiae* ask this Court to grant the relief sought by Plaintiffs and right this ancient, festering wrong.

---

[25] Letter from President Truman to the Speaker of the House (July 25, 1949), https://www.trumanlibrary.org/publicpapers/index.php?pid=1182&st=&st1 (last visited June 8, 2019).

Dated:  June 10, 2019                        Respectfully submitted,

/s/ Lorelie S. Masters
Lorelie S. Masters (DC Bar No. 358686)
 *Counsel of Record*

**HUNTON ANDREWS KURTH LLP**
Lorelie S. Masters (DC Bar No. 358686)
Aaron C. Flynn (DC Bar No. 488531)
Latosha M. Ellis (DC Bar No. 1601033)[26]
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 955-1500
lmasters@huntonak.com
aflynn@huntonak.com
lellis@huntonak.com

- and -

**JAMES S. BUBAR ATTORNEY AT LAW**        **GOLDBLATT MARTIN POZEN LLP**
James S. Bubar (DC Bar No. 321125)        Thorn L. Pozen (DC Bar No. 463061)[26]
1776 K Street, N.W., Suite 800            Kevin Hilgers (DC Bar No. 1022820)[26]
Washington, D.C.  20006-2333              1625 K Street, N.W., Suite 700
(202) 223-2060                            Washington, D.C.  20006
jbubar@aol.com                            (202) 795-9999
*Of Counsel*                              tpozen@pmpllp.com
                                          khilgers@gmpllp.com

*Counsel for Amici Curiae,*
*Concerned District of Columbia*
*Legal Organizations and Concerned*
*District of Columbia Legal Professionals*

---

[26] Applications for the Bar of the United States District Court for the District of Columbia are pending for Ms. Ellis and Messrs. Pozen and Hilgers.

16

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on June 10, 2019, I caused the following to be electronically filed using the Court's CM/ECF system and thus served:  [Proposed] Brief of *Amici Curiae* Concerned District of Columbia Legal Organizations and Concerned District of Columbia Legal Professionals in Support of Plaintiffs Angelica Castañon *et. al*., and Exhibits in support thereof, on all counsel of record.

Dated:  June 10, 2019                    Respectfully submitted,

/s/ Lorelie S. Masters
Lorelie S. Masters (DC Bar No. 358686)
    *Counsel of Record*
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
Tel: (202) 955-1500
lmasters@huntonak.com

17