IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
ANGELICA CASTAÑON, *et al.*,      :
                                   :
        Plaintiffs,          :
                                   :
        v.                  : Case No. 1:18-cv-02545-
                                   :             RDM-RLW-TNM
THE UNITED STATES OF AMERICA,     :
*et al.*,                          :
                                   :
        Defendants.         :
---------------------------------------------------------------X

**ERRATA TO UNOPPOSED MOTION OF
CONCERNED DISTRICT OF COLUMBIA LEGAL
ORGANIZATIONS AND CONCERNED DISTRICT OF COLUMBIA
LEGAL PROFESSIONALS FOR LEAVE TO FILE BRIEF AS *AMICI
CURIAE* IN SUPPORT OF PLAINTIFFS ANGELICA CASTAÑON, ET AL.**

Counsel for *Amici Curiae* respectfully submit this errata to its Unopposed Motion of Concerned District of Columbia Legal Organizations and Concerned District of Columbia Legal Professionals for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs Angelica Castañon, *et al.* ("Motion"), which was filed on June 10, 2019, at Docket 33, in order to correct an inadvertent clerical error.

At Page 2, the Motion identifies "Greater Washington Area Chapter of the National Bar Association, Women's" as one of the Legal Organization *Amici*, when it should identify "Greater Washington Area Chapter of the National Bar Association, Women Lawyers Division." Counsel is concurrently filing a corrected Page 2 for the Motion to replace the original submitted Page 2, and

1

makes no other changes. Attached is a redline showing the changes made to the Motion.

Dated:  June 11, 2019

Respectfully submitted,

/s/ Lorelie S. Masters
Lorelie S. Masters (DC Bar No. 358686)
   *Counsel of Record*

**HUNTON ANDREWS KURTH LLP**
Lorelie S. Masters (DC Bar No. 358686)
Aaron C. Flynn (DC Bar No. 488531)
Latosha M. Ellis (DC Bar No. 1601033)[1]
2200 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 955-1500
lmasters@huntonak.com
aflynn@huntonak.com
lellis@huntonak.com

- and -

| **JAMES S. BUBAR ATTORNEY AT LAW** | **GOLDBLATT MARTIN POZEN LLP** |
|---|---|
| James S. Bubar (DC Bar No. 321125) | Thorn L. Pozen (DC Bar No. 463061)[1] |
| 1776 K Street, N.W., Suite 800 | Kevin Hilgers (DC Bar No. 1022820)[1] |
| Washington, D.C.  20006-2333 | 1625 K Street, N.W., Suite 700 |
| (202) 223-2060 | Washington, D.C.  20006 |
| jbubar@aol.com | (202) 795-9999 |
| *Of Counsel* | tpozen@pmpllp.com |
| | khilgers@gmpllp.com |

*Counsel for Amici Curiae,*
*Concerned District of Columbia*
*Legal Organizations and Concerned*
*District of Columbia Legal Professionals*

---

[1] Applications for the Bar of the United States District Court for the District of Columbia are pending for Ms. Ellis and Messrs. Pozen and Hilgers.

## **Certificate of Service**

I certify that, on June 11, 2019, I caused to be electronically filed using the Court's CM/ECF system and thus served the following: Errata to Unopposed Motion of Concerned District of Columbia Legal Organizations and Concerned District of Columbia Legal Professionals for Leave To File Brief as *Amici Curiae* in Support of Plaintiffs Angelica Castañon, *et al.,* and accompanying corrected and redline versions of Page 2 of the Motion on all counsel of record.

Dated: June 11, 2019             Respectfully submitted,

/s/ Lorelie S. Masters
Lorelie S. Masters (D.C. Bar No. 358686)
   *Counsel of Record*
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue
Washington, D.C. 20037
Tel: (202) 955-1500
lmasters@huntonak.com

# Corrected Page 2 of Motion

result, they have an interest in the self-governance and rights of residents of Washington, D.C., and in the administration of justice and rule of law.[1]

The *Amici's* brief is desirable, and their positions are not adequately represented by any party. The brief highlights important factual issues not raised by others that are relevant to the central issue in this case – the lack of voting representation in the U.S. Congress for Americans who live in Washington, D.C.

**The Legal Organization** *Amici* presenting the brief include:

1. Women's Bar Association of the District of Columbia; and
2. Greater Washington Area Chapter of the National Bar Association, Women Lawyers Division.

**The Individual** *Amici Curiae* presenting the brief include:

1. Jessica E. Adler;
2. Paulette E. Chapman;
3. Andrea C. Ferster;
4. Loretta J. Garcia;
5. Jamie S. Gorelick;
6. Josephine Nelson Harriott;
7. Christopher G. Hoge;
8. Kim M. Keenan;
9. John C. ("Jack") Keeney, Jr.;
10. Carolyn B. Lamm;

---

[1] The views expressed are those of the Concerned D.C. Legal Professionals, not those of any bar association or other organization, nor the Concerned D.C. Legal Professionals' clients or law firms.

2

# Redline Page 2 of Motion

result, they have an interest in the self-governance and rights of residents of Washington, D.C., and in the administration of justice and rule of law.[1]

The *Amici's* brief is desirable, and their positions are not adequately represented by any party. The brief highlights important factual issues not raised by others that are relevant to the central issue in this case – the lack of voting representation in the U.S. Congress for Americans who live in Washington, D.C.

**The Legal Organization *Amici* presenting the brief include:**

1. Women's Bar Association of the District of Columbia; and

2. Greater Washington Area Chapter of the National Bar Association, ~~Women's~~**Women Lawyers Division**.

**The Individual *Amici Curiae* presenting the brief include:**

1. Jessica E. Adler;

2. Paulette E. Chapman;

3. Andrea C. Ferster;

4. Loretta J. Garcia;

5. Jamie S. Gorelick;

6. Josephine Nelson Harriott;

7. Christopher G. Hoge;

8. Kim M. Keenan;

9. John C. ("Jack") Keeney, Jr.;

10. Carolyn B. Lamm;

---

[1] The views expressed are those of the Concerned D.C. Legal Professionals, not those of any bar association or other organization, nor the Concerned D.C. Legal Professionals' clients or law firms.

2