# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angelica Castanon<br>1105 Park Rd. NW<br>Washington, DC 20010 | )<br>)<br>)<br>)<br>) |
| Gabriela Mossi<br>2853 Ontario Rd. NW<br>Washington, DC 20009 | )<br>)<br>)<br>) |
| Alan Alper<br>904 New Hampshire Ave. NW<br>Washington, DC 20037 | )<br>)<br>)<br>) |
| Deborah Shore<br>3408 Patterson St. NW<br>Washington, DC 20015 | )<br>)<br>)<br>) |
| Laurie Davis<br>2331 Porter St. NW<br>Washington, DC 20008 | )<br>)<br>)<br>) |
| Silvia Martinez<br>1300 Randolph St. NW<br>Washington, DC 20011 | )<br>)<br>)<br>) |
| Vanessa Francis<br>4000 10th St. NW<br>Washington, DC 20017 | )<br>)<br>)<br>) |
| Abby Loeffler<br>710 4th St. SE<br>Washington, DC 20003 | )<br>)<br>)<br>) |
| Susannah Weaver<br>1320 North Carolina Ave. NE<br>Washington, DC 20002 | )<br>)<br>)<br>) |
| Manda Kelley<br>4210 Benning Rd. NE<br>Washington, DC 20019 | )<br>)<br>)<br>) |
| Absalom Jordon<br>4335 4th St. SE<br>Washington, DC 20032 | )<br>)<br>)<br>) |
| Plaintiffs,<br>v.<br>The United States of America, et al.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.1:18-cv-02545-TSC

**LET IT BE FILED**

Randolph D. Moss
USDJ
6/6/19

**RECEIVED**

JUN 0 4 2019

Clerk, U.S. District and
Bankruptcy Courts

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' AMENDED COMPLAINT

I, David C. Krucoff, as a District of Columbia resident and executive director of a non-profit called Douglass County, Maryland move the Court for leave to file a brief as Amicus Curiae in support of Plaintiff Council of the District of Columbia.

I am also the founder and Executive Director of a non-profit political organization called Douglass, County, Maryland. Douglass County, Maryland, named for Frederick Douglass, and with the initials "DC", is a potential name of a future county in the State of Maryland, which would incorporate all of the non-monumental core lands, where we live and from where we vote, which presently exist within the District of Columbia. Douglass County, Maryland seeks to enfranchise the current residents of the District of Columbia who do not have complete voting rights and who are the subject of Plaintiffs' filing versus the United States, et al.

Plaintiffs are represented by a legal team from the firm of Harris, Wiltshire & Grannis LLP. I have communicated with Mr. Patrick O'Donnell, a lead member of Plaintiffs' team. I requested the consent of the Plaintiffs to file a brief as Amicus Curiae. Mr. O'Donnell has not responded to my request as of the date of this filing.

Plaintiffs have made a request to the Defendants, the Government of the United States, to consent to the submission of amicus briefs with a filing deadline of June 10, 2019. The Government has not responded to this request. Therefore, I hereby ask this Court for leave to file a brief, as Amicus Curiae, on the grounds stated below.

Submission of the proposed amicus brief will assist the Court in deciding this matter by providing insight regarding the historical significance and legislative history of the District of

2

Columbia. It will discuss the only successful process by which residents of the District who vote from their residence in the District have ever obtained complete voting rights and self-government without moving out of the lands originally ceded from the States of Maryland and Virginia to create the District. The name of this process is "retrocession".

The proposed amicus brief is attached as **Exhibit A**. The submission of this brief is consistent with the briefing schedule in this matter and will not result in any delay or prejudice for the parties.

## Conclusion

For the forgoing reasons, I respectfully request that this Court grant Douglass County, Maryland leave to file the attached Brief of Amicus Curiae in Support of Plaintiffs amended complaint. A proposed Order is attached for the Court's convenience.

Dated: June 3, 2019

Respectfully submitted,

*David C. Krucoff* (Pro se)

David C. Krucoff
733 Fifteenth St., NW, Unit 1115
Washington, DC 20005
202-437-7443
dkrucoff@douglasscountymd.org

Joined by Lanny J. Davis, Attorney at law, and resident of the State of Maryland

*Lanny J. Davis*
12517 Brackenhill Lane
Potomac, MD 20854
202-744-2792

3