## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANGELICA CASTAÑON, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES, *et al.*,

    *Defendants*.

Civil Action No. 18-2545
Three-Judge Court
(RDM, RLW, TNM)

### ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 54, it is hereby **ORDERED** that those of Plaintiffs' claims seeking Senate representation are **REMANDED** to the single District Judge to whom they were originally assigned. Defendants' Motion to Dismiss, ECF No. 21, is **GRANTED IN PART**; all of Plaintiffs' claims except those seeking Senate representation are **DISMISSED**. Plaintiffs' Motion for Summary Judgment, ECF No. 23, is **DENIED**.

This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 54(b).

    **SO ORDERED.**

/s/ Robert L. Wilkins
ROBERT L. WILKINS
United States Circuit Judge

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

/s/ Trevor N. McFadden
TREVOR N. McFADDEN
United States District Judge

Date:  March 12, 2020