## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

Angelica CASTAÑON, *et al.*,

      Plaintiffs,

      v.

The UNITED STATES OF AMERICA,
*et al.*,

      Defendants.

Case No. 1:18-cv-2545

## **JOINT STATUS REPORT**

On March 12, 2020, a three-judge panel of this Court remanded those of Plaintiffs' claims seeking Senate representation to the single District Judge to whom the case was originally assigned, and dismissed Plaintiffs' remaining claims.  ECF Nos. 54–55.  Plaintiffs then filed a Motion for Reconsideration or to Alter or Amend Judgment under Rule 59(e).  ECF No. 58.  On September 16, 2020, the three-judge panel denied Plaintiffs' motion.  ECF Nos. 62-63.  Thereafter, this Court ordered the parties to meet and confer and file a joint status report proposing next steps for litigating the remanded claims seeking Senate representation.  Minute Order (Sep. 18, 2020).

Pursuant to the Court's September 18 order, the parties have conferred.  Plaintiffs are considering filing a notice of appeal of the decision of the three-judge panel directly to the Supreme Court pursuant to 28 U.S.C. § 1253.  Plaintiffs do not believe that further proceedings concerning the remanded claims would be helpful prior to Plaintiffs' decision whether to file a notice of appeal or, if Plaintiffs do appeal, prior to the resolution of such appeal.  Plaintiffs therefore request that the Court hold this case in abeyance until either (1) Plaintiffs decide not to

file a notice of appeal (by November 16, 2020); or (2) Plaintiffs appeal and the Supreme Court

notes probable jurisdiction and issues a decision.  Defendants do not oppose this request.

Dated: October 9, 2020

/s/ Christopher J. Wright
Christopher J. Wright (D.C. Bar No. 367384)
Timothy J. Simeone (D.C. Bar No. 453700)
Deepika H. Ravi (D.C. Bar No. 1017076)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
cwright@hwglaw.com
tsimeone@hwglaw.com
dravi@hwglaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

JEFFREY BOSSERT CLARK

Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

/s/ Rebecca M. Kopplin
REBECCA M. KOPPLIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C.  20005
Telephone:  (202) 514-3953
Facsimile:  (202) 616-8470
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Executive Defendants the United States of America, Secretary of Commerce Wilbur Ross, and President Donald J. Trump; and Senate Defendants President Pro Tempore Chuck Grassley, Secretary of the Senate Julie Adams, Sergeant at Arms and Doorkeeper Michael Stenger, and Vice President Michael R. Pence*