IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angelica CASTAÑON, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>The UNITED STATES OF AMERICA, et al.,<br><br>     Defendants. | Case No. 1:18-cv-2545<br>Three-Judge Court<br>(RDM, RLW, TNM) |

## NOTICE OF APPEAL

Please take notice that Plaintiffs in the above-captioned case hereby appeal to the Supreme Court of the United States from this Court's September 16, 2020 Memorandum Opinion and Order denying Plaintiff's motion for reconsideration (Dkt. Nos. 62 and 63) and from each and every opinion or ruling that merged therein, including this Court's March 12, 2020 Memorandum Opinion and Order granting in part Defendants' motion to dismiss and denying Plaintiffs' motion for summary judgment (Dkt. Nos. 54 and 55). This appeal is taken under 28 U.S.C. §§ 1253 and 2101.

November 13, 2020

Respectfully submitted,

/s/ Christopher J. Wright

Christopher J. Wright (D.C. Bar No. 367384)
Timothy J. Simeone (D.C. Bar No. 453700)
Deepika H. Ravi (D.C. Bar No. 1017076)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
*cwright@hwglaw.com*
*tsimeone@hwglaw.com*
*dravi@hwglaw.com*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020 I electronically filed the foregoing Notice of Appeal and this Certificate of Service with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.  I hereby further certify that a copy of each document was also emailed to counsel for record for all Defendants at the email address below, and to the United States Solicitor General at the email address below.

I hereby further certify that a copy of each document was also mailed by first-class mail to counsel of record for all Defendants at the address below, and to the United States Solicitor General at the address below.

JOSEPH H. HUNT
Assistant Attorney General
LESLEY FARBY
Assistant Branch Director
REBECCA M. KOPLIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C.  20005
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Executive Defendants the United States of America, Secretary of Commerce Wilbur Ross, and President Donald J. Trump; and Senate Defendants President Pro Tempore Chuck Grassley, Secretary of the Senate Julie Adams, Sergeant at Arms and Doorkeeper Michael Stenger, and Vice President Michael R. Pence*

The Solicitor General of the United States
Room 5616
Department of Justice
950 Pennsylvania Ave., N. W.
Washington, DC 20530-0001
Email: supremectbriefs@usdoj.gov

/s/ Christopher J. Wright

Christopher J. Wright (D.C. Bar No. 367384)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
*cwright@hwglaw.com*

*Counsel for Plaintiffs*