IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Angelica CASTAÑON, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> The UNITED STATES OF AMERICA, *et al.*, <br><br>    Defendants. | Case No. 1:18-cv-2545 |

**JOINT STATUS REPORT**

On March 12, 2020, a three-judge panel of this Court remanded those of Plaintiffs' claims seeking Senate representation to the single District Judge to whom the case was originally assigned, and dismissed Plaintiffs' remaining claims. ECF Nos. 54–55. Plaintiffs then filed a Motion for Reconsideration or to Alter or Amend Judgment under Rule 59(e). ECF No. 58. On September 16, 2020, the three-judge panel denied Plaintiffs' motion. ECF Nos. 62–63. Thereafter, this Court ordered the parties to meet and confer and file a joint status report proposing next steps for litigating the remanded claims seeking Senate representation. Minute Order (Sept. 18, 2020). On October 9, 2020, the parties filed a Joint Status Report with this Court, wherein Plaintiffs noted they were considering filing a notice of appeal of the decision of the three-judge panel directly to the Supreme Court, and requested that this Court hold this case in abeyance until either (1) Plaintiffs decide not to file a notice of appeal, or (2) Plaintiffs appeal and the Supreme Court issues a decision. ECF No. 64.

On October 9, 2020, the Court granted Plaintiffs' request and stayed this case, and further ordered the parties to file a Joint Status Report on or before December 1, 2020, updating the

Court on the progress of Plaintiffs' appeal, if any.

Plaintiffs filed a Notice of Appeal in this matter pursuant to 28 U.S.C. §§ 1253 and 2101 on November 13, 2020.  ECF No. 65.  Plaintiffs do not believe that further proceedings concerning the remanded claims would be helpful prior to the resolution of this appeal.  Plaintiffs therefore respectfully request that this Court continue to hold the remanded claims in abeyance until the Supreme Court has considered and ruled on Plaintiffs' Jurisdictional Statement.  Defendants do not oppose this request.

Dated: November 18, 2020

/s/ Christopher J. Wright
Christopher J. Wright (D.C. Bar No. 367384)
Timothy J. Simeone (D.C. Bar No. 453700)
Deepika H. Ravi (D.C. Bar No. 1017076)
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street NW, 8th Floor
Washington, D.C. 20036
Telephone: 202-730-1300
cwright@hwglaw.com
tsimeone@hwglaw.com
dravi@hwglaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Rebecca M. Kopplin*
REBECCA M. KOPPLIN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C.  20005
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Executive Defendants the United States of America, Secretary of Commerce Wilbur Ross, and President Donald J. Trump; and Senate Defendants President Pro Tempore Chuck Grassley, Secretary of the Senate Julie Adams, Sergeant at Arms and Doorkeeper Michael Stenger, and Vice President Michael R. Pence*