# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 4, 2020

Clerk
United States District Court for the District of
Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC  20001

      Re:  Angelica Castañon, et al.
           v. United States, et al.
           Application No. 20A119
           (Your No. 18-2545)

Dear Clerk:

    The application for an extension of time within which to docket an appeal in the above-entitled case has been presented to The Chief Justice, who on January 4, 2020, extended the time to and including March 12, 2021.

    This letter has been sent to those designated on the attached notification list.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk

                                    by *[signature]*

                                    Clara Houghteling
                                    Case Analyst



RECEIVED Mail Room
JAN - 8 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Christopher J. Wright
Harris, Wiltshire & Grannis LLP
1919 M Street, NW, Fl. 8
Washington, DC 20036


Mr. Jeffrey B. Wall
Acting Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States District Court for the District of Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC 20001