# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 5, 2021

Clerk
United States District Court
  for the District of Columbia
333 Constitution Avenue, N. W.
Room 1225
Washington, D. C. 20001

      **Re:  Angelica Castañon, et al.
           v. United States, et al.,
           No. 20-1279 (Your docket No. 18-2545)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                               Sincerely,

                                               SCOTT S. HARRIS, Clerk

                                               By *[signature]*

                                               Hervé Bocage
                                               Judgments/Mandates Clerk

Enc.
cc:    All counsel of record
.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 5, 2021

Mr. Christopher J. Wright, Esq.
Harris, Wiltshire & Grannis LLP
1919 M Street, N. W.
Eighth Floor
Washington, D. C. 20036

    Re:  Angelica Castañon, et al.
           v. United States, et al.,
           No. 20-1279

Dear Mr. Wright:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk, United States District Court for the District of Columbia.

           Sincerely,

           SCOTT S. HARRIS, Clerk

           By *[signature]*
           Herve' Bocage
           Judgments/Mandates Clerk

cc: Clerk, US Dist. Ct. District of Columbia
      (Your docket No. 18-2545)
  All counsel of record

# Supreme Court of the United States

No. 20-1279

ANGELICA CASTAÑON, ET AL.,

Appellants

v.

UNITED STATES, ET AL.

**ON APPEAL FROM** the United States District Court for the District of Columbia.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to dismiss or affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed. See *Adams* v. *Clinton,* 531 U. S. 941 (2000).

October 4, 2021

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States